**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUZ GOMEZ, on behalf of the Class and putative Class Members,<br><br>*Plaintiff,*<br><br>vs.<br><br>4400 WE TECHNOLOGIES, INC. d/b/a PATTERN JOBS; and RADIAL, INC.,<br><br>*Defendants.* | Case No. 5:22-cv-00283 JGB (SPx)<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Upon Review of the Parties' Stipulation, and good cause appearing, the Court hereby GRANTS the Parties' request and dismisses this entire action with prejudice.

**IT IS SO ORDERED.**

Dated: November 22, 2023

_____
The Honorable Jesus G. Bernal
United States District Judge